## AFFIDAVIT OF SHERREE BIERMANN

STATE OF Oklahoma
COUNTY OF Cleveland

PERSONALLY appeared before me the undersigned authority in and for the above foregoing jurisdiction. The below named affiant, who is to be personally known, and who, after being first duly sworn did state upon oath:

(1) My name is Sherree Biermann.

(2) I am not a minor, nor do I suffer from any mental incapacity.

(3) I hereby certify, affirm, and declare that I am competent to give the following declaration based on my personal knowledge, unless otherwise stated, and that the following facts and things are true and correct to the best of my knowledge:

    a. I was an Incident Specialist for Kelly Services, Inc., during the incidents described in the Amended Complaint. As an Incident Specialist, my job duties include investigating instances and reports of misconduct. Specifically, I would make contact, or attempt to make contact, directly with the substitute teacher identified in the evaluation.

    b. On June 29, 2022, and again on March 30, 2023, a criminal background check was run on KeShawn Belcher which did not indicate Belcher had any criminal history.

    c. On April 24, 2023, I was notified of an incident at Ocean Springs Middle School involving KeShawn Belcher. This incident involved allegations that KeShawn Belcher had been inappropriate with students.

    d. There were two criminal background searches conducted for Keshawn Belcher prior to his placement at the Ocean Springs Middle School in April of 2023, and



EXHIBIT A


Scanned with CamScanner

neither of these returned any negative information. To the best of my knowledge, KeShawn Belcher had no reported criminal history before April of 2023.

e. Nothing in his prior work with Kelly Services precluded him from being placed at Ocean Springs Middle School.

f. While at the school, Kelly Services' substitute teachers are supervised by the school personnel, in this case Ocean Springs Middle School.

g. Kelly Services was first made aware of a problem with Belcher on April 24, 2023, at which time he was arrested by Ocean Springs Police Department. He was subsequently terminated by Kelly Services.

h. Belcher was not authorized to contact students through his personal phone. He was not authorized to touch students or ask them for sexual favors. Such conduct was not within the course and scope of his employment with Kelly Services, and Kelly derived no benefit from such conduct.

*Sherree Biermann*

SWORN TO AND SUBSCRIBED BEFORE ME, this the 7th day of January, 2025.

My Commission Expires:

7-31-28

Subscribed and sworn to before me a Notary Public, in and for the County of Clv State of Oklahoma his 7th day of Jan, 2025

Notary Public

MICHELLE CLARK
NOTARY PUBLIC - STATE OF OKLAHOMA
MY COMMISSION EXPIRES JULY 31,2028
COMMISSION #24009620

2