IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PH,** *a minor by and through her adult next friend and legal guardian, Patricia Hunt*       **PLAINTIFF**

v.       CIVIL ACTION NO. 1:24-cv-134-TBM-RPM

**KESHAWN BELCHER; KELLY SERVICES, INC.;** *and* **OCEAN SPRINGS SCHOOL DISTRICT**       **DEFENDANTS**

## ORDER

This matter came before the Court on Defendant Kelly Service, Inc.'s Motion for Summary Judgment [45] and their Motion to Strike [62]. At the hearing conducted on July 7, 2025, the Court, having considered the pleadings, the record, and the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that Kelly Service, Inc.'s Motion for Summary Judgment [45] is DENIED WITHOUT PREJUDICE to re-filing.

IT IS FURTHER ORDERED AND ADJUDGED that Kelly Service, Inc.'s Motion to Strike [62] is DENIED.

This, the 7th day of July, 2025.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE