

## PeopleG2
PO Box 844445 Los Angeles, CA 90084-4445
Phone: 800-630-2880
Fax: 949-298-6767
Email: customerservice@peopleG2.com

## Kelly Services SE
999 W. Big Beaver Rd.
Troy, MI 48084
Phone: 248-362-4444
Email: edseonboarding@kellyservices.com

## Subject Information

**Name:** KeShawn Belcher
**State:** MS

### The following are included in this report:

| Search Type | Detail | Status |
|---|---|---|
| Social Security/Address History Search | | Complete |
| 50-State Sex Offenders | Multi-State Sex Offenders | Complete - No Record |

## Social Security/Address History Search

**Social Security Number**

| | |
|---|---|
| **Name** | KeShawn Belcher |
| **Search ID** | 5623065 |
| **Date Ordered** | 07/14/2022 |
| **Date Completed** | 07/14/2022 |

**Results**
This search was performed for location purposes

This information is an investigative tool only and should not be uses as a basis of any employment decision.

## 50-State Sex Offenders

*The cases listed below include name match only cases and should be reviewed very carefully.*

| | |
|---|---|
| **Location** | Multi-State Sex Offenders |
| **Name Searched** | KeShawn Belcher |
| **Search ID** | 5623064 |
| **Date Ordered** | 07/14/2022 |
| **Date Completed** | 07/14/2022 |
| **Status** | Complete |

**Results**
No Records Found

Please review any cases listed above very carefully. They may or may not be a full match. Many states provide results that are name match only, and do not have a DOB listed. If a DOB is not listed in the actual case, additional searches should be completed to determine if the case is a match with this subject. Additionally, if pictures are provided please use them as an additional identifier when attempting to determine if the case is a match.

The National Criminal Database Search is a 50-State Felony/Misdemeanor Search that pulls data from all participating jurisdictional databases. Please note that all records pulled from this search will need to be

**EXHIBIT C**

KELLY000292

validated through an additional County Criminal Search in the jurisdiction a potential record was found. This information received from PeopleG2 shall not be used as the sole determination for the evaluation of any applicant or tenant. As the requester, you agree that all information received for pre-employment or tenant purposes shall be used for lawful purposes. Complying with the Federal Americans with Disabilities Act, the Federal Equal Opportunity Act, the Federal Fair Credit Reporting Act and any other Federal or State privacy or confidentiality law, now in effect or hereafter adopted is your responsibility. Where possible, reports containing criminal charges have been verified with the appropriate court or bureau. These searches are name searches, and typically use date of birth or other identifies when possible. The only greater identification might be with the use of fingerprints or DNA tests. Total accuracy cannot be guaranteed, as the data submitted by the requester will directly determine the accuracy of the results obtained.

KELLY000293

# PASCAGOULA-GAUTIER SCHOOL DISTRICT

**ADMINISTRATIVE OFFICES**
**1006 Communy Avenue P.O. Box 250**
**Pascagoula, Mississippi 39568-0250**
**Office: 228-938-6506**
**Fax: 228-938-6507**
**Website: www.pgsd.ms**




To: KELLY SERVICES, INC.                                  Date: June 29, 2022

RE: Background Check Results

I certify that, in compliance with state law, we submitted the fingerprints of, and received background check results for, the following Kelly employee to determine his/her eligibility for assignment with schools in our district:

| Kelly Candidate's Name | Social Security Number | Results |
|---|---|---|
| Belcher, Keshawn | xxx-xx-5687 | A |

The background check that was completed complies with our state law and our school/district's practice. The background check results are contained in a report dated <u>June 27, 2022</u> We found the candidate's results to be as indicated above, either "A," acceptable, or "U," unacceptable, for assignment at our school as a substitute teacher.

If the results are unacceptable, the individual is not eligible to work as a substitute teacher in our school/district. If the person is currently on assignment with our school/district, please remove this person from assignment immediately and do not reassign the person to work in our school/district.

Submitted by:

_____
Signature

<u>Susan Maniscalco</u>
Printed Name

<u>Human Resources Assistant</u>
Title

<u> Pascagoula</u>
School/District

KELLY000289



**AccusourceHR, Inc**
PO Box 844445 Los Angeles, CA 90084-4445
Phone: 800-630-2880
Fax: 949-298-6767
Email: customersuccessdev@accusourceHR.com

**Kelly Services SE**
999 W. Big Beaver Rd.
Troy, MI 48084
Phone: 228-354-9758
Email: iess049@kellyservices.com

## Subject Information

**Name:** KeShawn T Belcher
**Reference:** Kelly Services SE
**State:** MS

### The following are included in this report:

| Search Type | Detail | Status |
|---|---|---|
| Social Security/Address History Search | | Complete |
| National Criminal Database Search | National Criminal Database | Complete |

## Social Security/Address History Search

| | |
|---|---|
| **Social Security Number** | |
| **Name** | KeShawn T Belcher |
| **Search ID** | 6533694 |
| **Reference** | Kelly Services SE |
| **Date Ordered** | 03/30/2023 |
| **Date Completed** | 03/30/2023 |

**Results**
This search was performed for location purposes

This information is an investigative tool only and should not be uses as a basis of any employment decision.

## National Criminal Database Search

**All results for this search are from an accumulated database. The accuracy of the results have not been checked. All cases, in all**

counties should be followed up with a county level search.

| | |
|---|---|
| **Jurisdiction Searched** | National Criminal Database |
| **Name Searched** | KeShawn T Belcher |
| **Search ID** | 6533695 |
| **Reference** | Kelly Services SE |
| **Date Ordered** | 03/30/2023 |
| **Date Completed** | 03/30/2023 |

**Results**
No Records Found

*AccusourceHR, Inc. provides the information contained in this report to End-User to be used solely for a permissible employment purpose as defined in the Fair Credit Reporting Act. If the End-User intends to take adverse action based in whole or in part on the contents of this report, the End-User must provide the consumer with notices that it is taking adverse action and those notices must comply with the FCRA and state law. All information contained in this report is provided pursuant to the terms of the End-User Agreement. End-User further understands that it uses any and all information provided by AccusourceHR, Inc. at its own risk and End-User is solely liable for complying with all federal, state, and local laws. The information contained in this report is confidential and may only be accessed by authorized employees of End-User, provided to the consumer about who it relates, or provided as otherwise required by law. AccusourceHR, Inc. recommends that End-User screen its applicants or employees at the county court-house or online system, federal, and multi-state/nationwide database levels. End-User understands that if it chooses not to conduct searches at these levels, AccusourceHR, Inc. cannot be held responsible for any records that exist that are not included in the End-User's coverage requested. End-User further understands that the multi-state/nationwide database report will only be offered in conjunction with a county-level verification of any records found and that End-User will bear any additional costs associated with this verification.*

The National Criminal Database Search is a 50-State Felony/Misdemeanor Search that pulls data from all participating jurisdictional databases. Please note that all records pulled from this search will need to be validated through an additional County Criminal Search in the jurisdiction a potential record was found. The Global Watch & Abuse Registry Search is an instant tool that cross-references your candidate's name against over 130 worldwide known terrorist and fugitive databases that include prohibited parties considered to be a threat to global and national security. OIG, GSA, CSL, BIS, and DPL is included with this search. This information received from AccusourceHR shall not be used as the sole determination for the evaluation of any applicant or tenant. As the requester, you agree that all information received for pre-employment or tenant purposes shall be used for lawful purposes. Complying with the Federal Americans with Disabilities Act, the Federal Equal

Opportunity Act, the Federal Fair Credit Reporting Act and any other Federal or State privacy or confidentiality law, now in effect or hereafter adopted is your responsibility. Where possible, reports containing criminal charges have been verified with the appropriate court or bureau. These searches are name searches, and typically use date of birth or other identifies when possible. The only greater identification might be with the use of fingerprints or DNA tests. Total accuracy cannot be guaranteed, as the data submitted by the requester will directly determine the accuracy of the results obtained.

KELLY000288