# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**PH,** *a minor, by and through her adult next friend and legal guardian,* **Patricia Hunt**      **PLAINTIFF**

**v.**      **CIVIL ACTION NO. 1:24-cv-134-TBM-RPM**

**KESHAWN BELCHER,** *et al.*      **DEFENDANTS**

---

**JB,** *a minor, by and through his adult next friend and legal guardian,* **Jonathan Baldwin**      **PLAINTIFF**

**v.**      **CIVIL ACTION NO. 1:24-cv-135-TBM-RPM**

**KESHAWN BELCHER,** *et al.*      **DEFENDANTS**

---

**DTC,** *a minor, by and through her adult next friend and legal guardian,* **Luis Miguel Torres Morales**      **PLAINTIFF**

**v.**      **CIVIL ACTION NO. 1:24-cv-136-TBM-RPM**

**KESHAWN BELCHER,** *et al.*      **DEFENDANTS**

---

## ORDER OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of Plaintiff P.H.'s claims against Defendants Kelly Services, Inc., and Ocean Springs School District.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff P.H.'s claims against Defendants Kelly Services, Inc., and Ocean Springs School District are DISMISSED WITH PREJUDICE, with each party to bear its own costs. The Court will retain jurisdiction over these claims for the purpose of enforcing any agreement governing the resolution and dismissal.

SO ORDERED AND ADJUDGED this the 2nd day of February, 2026.

                                                        **TAYLOR B. McNEEL**
                                                        **UNITED STATES DISTRICT JUDGE**