IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PH**, *a minor, by and through her adult next friend and legal guardian, Patricia Hunt* **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:24-cv-134-TBM-RPM**

**KESHAWN BELCHER** **DEFENDANT**

**JB**, *a minor, by and through his adult next friend and legal guardian, Jonathan Baldwin* **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:24-cv-135-TBM-RPM**

**KESHAWN BELCHER** **DEFENDANT**

**DTC**, *a minor, by and through her adult next friend and legal guardian, Luis Miguel Torres Morales* **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:24-cv-136-TBM-RPM**

**KESHAWN BELCHER,** *et al.* **DEFENDANTS**

## ORDER

This matter came before the Court on Defendant Kelly Services, Inc.'s Motions *in Limine* to Limit Certain Opinions and Testimony of Dr. Catalina Arata [137], Defendant Kelly Services,

Inc.'s Motion *in Limine* to Exclude Elizabeth Martina's Opinion as to J.B., a minor [139], Defendant Kelly Services, Inc.'s Motion for Summary Judgment [143], and Defendant Ocean Springs School District's Motion to Dismiss or, in the alternative, for Summary Judgment [145]. At the hearing conducted on February 3, 2026, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on February 3, 2026, Defendant Kelly Services, Inc.'s Motions *in Limine* [137] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on February 3, 2026, Defendant Kelly Services, Inc.'s Motion *in Limine* [139] is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing on February 3, 2026, Defendant Kelly Services, Inc.'s Motion for Summary Judgment [143] and Defendant Ocean Springs School District's Motion to Dismiss or, in the alternative, for Summary Judgment [145] are TAKEN UNDER ADVISEMENT.

SO ORDERED AND ADJUDGED this the 3rd day of February, 2026.

                                                                                                                                 _____
                                                                        **TAYLOR B. McNEEL**
                                                                        **UNITED STATES DISTRICT JUDGE**